UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 18-62975-CIV-COHN/STRAUSS

VERSILIA SUPPLY SERVICE SRL,

    Plaintiff,

v.

M/Y WAKU, a 2016 model 209-foot Azimut Benetti motor yacht, which is Registered in the Cayman Islands as Official Number 747107, her boiler, engines, tackle, furniture, furnishings, apparel, equipment, machinery, appurtenances, tenders, etc., *in rem*,

    Defendant.
_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION

**THIS CAUSE** is before the Court upon the Report and Recommendation [DE 498] ("Report") of Magistrate Judge Jared M. Strauss regarding Defendants' Motion to Tax Costs [DE 474] and Intervening Plaintiffs' Motion to Tax Costs [DE 476.] The Court notes that no objections to the Report have been filed and the time for filing such objections has expired. Pursuant to 28 U.S.C. §636(b)(1), the Court has conducted a *de novo* review of the Report and, having considered the underlying Motions and the record and being otherwise fully advised in the premises, it is hereby

**ORDERED AND ADJUDGED** as follows:

    1.    The Report [DE 498] is **ADOPTED** in its entirety.

    2.    Defendants' Motion to Tax Costs [DE 474] is **GRANTED in part** and **DENIED in part**.

3. Intervening Plaintiffs' Motion to Tax Costs [DE 476] is **GRANTED in part** and **DENIED in part**.

4. A separate judgment will issue awarding costs.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida on this 26th day of May, 2021.

*/s/ James I. Cohn*
JAMES I. COHN
United States District Judge

Copies provided to counsel of record via CM/ECF